# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 1, 2016**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Asher Adkins** | Reg. No. 03957-027 |
| **Jamonte L. Allison** | Reg. No. 06292-025 |
| **Tyrell L. Anthony** | Reg. No. 98920-071 |
| **Reinaldo A. Arocho** | Reg. No. 05587-027 |
| **Jose Carlos Arras, Jr.,** | Reg. No. 95903-080 |
| aka Jose Carlos Arras | |
| **Sidney J. Ball** | Reg. No. 98933-079 |
| **David Bell** | Reg. No. 78905-004 |
| **Pauline K. Blake,** | Reg. No. 07959-081 |
| aka Patricia A. Christensen | |
| **Deborah Lucille Blue** | Reg. No. 13150-074 |
| **Marston Edward Blue** | Reg. No. 30377-037 |
| **Lucius Boswell** | Reg. No. 86724-020 |
| **Debra R. Brown** | Reg. No. 17286-075 |
| **Eddie Lee Brown** | Reg. No. 10276-021 |
| **Patrick A. Brown** | Reg. No. 30941-037 |
| **Timothy Aaron Brown** | Reg. No. 15106-026 |
| **Jose Manuel Candelario** | Reg. No. 47461-004 |
| **Willie Chester** | Reg. No. 56341-080 |
| **Kenneth Choice** | Reg. No. 07597-424 |
| **Jimmie Clyde Collins** | Reg. No. 32095-177 |
| **Dewayne L. Comer** | Reg. No. 06993-052 |
| **Delaria Antwan Conway** | Reg. No. 16348-171 |
| **Eugene Ross Cousins** | Reg. No. 12072-084 |
| **Lavon A. Crockett** | Reg. No. 11091-031 |
| **Darnell Crookshank** | Reg. No. 03203-112 |
| **Dawan Croskery** | Reg. No. 11909-055 |
| **Morris Dabbs** | Reg. No. 20109-057 |
| **Ricky Darden** | Reg. No. 30472-037 |
| **Lenwood Davies** | Reg. No. 75932-004 |
| **Richard Lawrence Davis** | Reg. No. 29528-044 |
| **Terry Davis,** | Reg. No. 05408-010 |
| aka Terre Devon Davis | |
| **Jose Del Valle** | Reg. No. 61185-066 |
| **Thomas Duncan** | Reg. No. 40042-074 |
| **William Ennis** | Reg. No. 62601-080 |
| **Ronald Evans** | Reg. No. 25166-083 |
| **James Oliver Fambro** | Reg. No. 06263-017 |
| **J.B. Farris, Jr.** | Reg. No. 42566-019 |
| **Raymond Fox** | Reg. No. 18174-050 |
| **Charles Franklin** | Reg. No. 24499-044 |
| **Michael L. Franklin** | Reg. No. 18839-045 |
| **Toddrick Onterio Franklin** | Reg. No. 39709-018 |
| **William Anthony Freeman** | Reg. No. 13995-039 |
| **Thomas R. Fuller** | Reg. No. 15096-045 |

| | |
|---|---|
| John Nicholas Gargano | Reg. No. 56134-066 |
| Jesse James Gentry | Reg. No. 29020-177 |
| Derrick Glass | Reg. No. 55174-060 |
| Fred M. Glover | Reg. No. 07336-016 |
| Edgar Gonzalez-Valentin | Reg. No. 07250-069 |
| Randy P. Green | Reg. No. 32516-044 |
| Steven R. Hardy | Reg. No. 42761-018 |
| Wilson Henderson | Reg. No. 07818-021 |
| Kenneth Bronson Hughes | Reg. No. 09558-084 |
| Deangelo Hunt | Reg. No. 33132-183 |
| Anthonial Irick | Reg. No. 93097-020 |
| Albert Jackson | Reg. No. 09003-026 |
| Dickey Joe Jackson | Reg. No. 24017-077 |
| aka Dicky Joe Jackson | |
| Tommy Merrel Jackson | Reg. No. 27477-077 |
| Tyrand James | Reg. No. 30001-160 |
| Bernard Jennings | Reg. No. 37082-004 |
| Derrick Anthony Johnson | Reg. No. 05008-084 |
| Matthew Troy Johnson | Reg. No. 40609-037 |
| Walter Lee Johnson | Reg. No. 10373-035 |
| Jeffrey Lynn Jones | Reg. No. 62896-065 |
| Vernon Jones | Reg. No. 08683-028 |
| Keldren Joshua | Reg. No. 27703-112 |
| Cory Baker Kamerud | Reg. No. 12325-073 |
| Milton Kemp | Reg. No. 10222-021 |
| Delinege King | Reg. No. 30048-034 |
| Vince Cordell King | Reg. No. 20629-039 |
| James LaRon Knight | Reg. No. 55821-019 |
| Eric L. Lemon | Reg. No. 49081-018 |
| Gregory Allen Liningham | Reg. No. 60684-080 |
| Jeffrey Lundin | Reg. No. 38812-004 |
| Edwin M. Mack | Reg. No. 33834-018 |
| Alonzo Mackins, Jr. | Reg. No. 13649-058 |
| Alberto Maisonet | Reg. No. 58069-066 |
| Sheldon Paul Mangiapane | Reg. No. 30197-044 |
| Robert L. Matthews | Reg. No. 12508-076 |
| James A. McGee | Reg. No. 29927-004 |
| Artis Sangria McGraw | Reg. No. 98460-071 |
| Reba L. McIntyre | Reg. No. 26485-044 |
| Torey A. McKay | Reg. No. 48122-018 |
| Rudolph McKinnon, Jr. | Reg. No. 06041-017 |
| David Dean Millard | Reg. No. 04981-030 |
| Titus Jerrard Mobley | Reg. No. 43153-018 |
| Michael L. Moore | Reg. No. 20690-050 |
| Luciano Murga | Reg. No. 16328-179 |
| Robert Earl Nettles | Reg. No. 75725-004 |
| Linton C. Nichols | Reg. No. 36984-060 |
| Robert Lee Nickles | Reg. No. 04361-003 |
| aka Robert Mays | |
| Kenyatta O'Neil, | Reg. No. 61220-180 |
| aka Kenyatta Dialos O'Neal | |
| Candido Ortiz-Martinez | Reg. No. 21988-044 |
| Lonnie Dwayne Payne | Reg. No. 28657-044 |
| Jeremy Payton | Reg. No. 13285-035 |
| Erineo C. Perez, | Reg. No. 25804-013 |
| aka Pedro M. Gonzalez | |
| Thomas Jefferson Price, III | Reg. No. 19200-057 |
| Jack Dewhan Randolph | Reg. No. 15905-058 |

| | |
|---|---|
| Evans Ray, Jr. | Reg. No. 15459-016 |
| Richard L. Reser | Reg. No. 04166-031 |
| Samuel Reyes | Reg. No. 25287-050 |
| William C. Robertson, Sr., aka William C. Robertson | Reg. No. 20456-034 |
| Derwlyn Rosborough | Reg. No. 07556-091 |
| Jerome Rowser | Reg. No. 24631-001 |
| Alphonso P. Rubalcava | Reg. No. 12143-026 |
| Breon Montez Sanders | Reg. No. 24957-056 |
| Michael Sandmeyer | Reg. No. 08625-029 |
| Kelvin Jerome Shears, Jr. | Reg. No. 08135-030 |
| Kenneth H. Smith | Reg. No. 15924-075 |
| Kenneth Junior Smith | Reg. No. 95373-071 |
| Noriel K. Snider | Reg. No. 31324-044 |
| Minnie Pearl Thomas | Reg. No. 89378-020 |
| Vincent Thomas | Reg. No. 30134-034 |
| Derrick Anthony Timmons, aka Derick Timmons | Reg. No. 70007-083 |
| Rodney Edward Wall | Reg. No. 13960-058 |
| Richard Douglas Warrick | Reg. No. 20040-001 |
| Jamel Washington | Reg. No. 57637-180 |
| Dennis L. Webb | Reg. No. 22362-016 |
| Billy Whitehead | Reg. No. 21842-009 |
| Byron Willis | Reg. No. 30447-074 |
| Damion M. Wilson | Reg. No. 34045-044 |
| David Dejuan Wise | Reg. No. 11376-002 |
| James Wright | Reg. No. 41845-037 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 1, 2016**. I also remit the unpaid balance of the fine imposed by the court on each respective person. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Stephen Ramont Hardridge | Reg. No. 07470-062 |
| Albert J. Josey, Jr. | Reg. No. 13057-084 |
| Tommy M. Martinez | Reg. No. 04517-025 |
| Ronald Perry Moon | Reg. No. 56538-019 |
| Sharon Price | Reg. No. 11328-078 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **August 3, 2017**, leaving intact and in effect for each named person all other components of the sentence. I also direct the Bureau of Prisons to immediately place each of the following individuals on one year's pre-release custody:

| | |
|---|---|
| Christopher Green | Reg. No. 09462-021 |
| John A. Hill | Reg. No. 35710-060 |
| Joseph Willie Kennedy | Reg. No. 21969-037 |
| Josephine Ledezma | Reg. No. 94938-012 |
| Martin Souza | Reg. No. 53148-060 |
| Terrence Upshaw | Reg. No. 08404-052 |
| Ervin Darnell Worthy | Reg. No. 52349-060 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **180 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Barry Charles Butler** | Reg. No. 19762-058 |
| **Benjamin Harris** | Reg. No. 04549-095 |
| **Martin Brandon Moore** | Reg. No. 06533-017 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Donyelle Childs** | Reg. No. 48031-018 |
| **Alfonzo Ingram** | Reg. No. 20864-424 |
| **Frederico Johnson** | Reg. No. 19291-045 |
| **Kent Edward Kiser** | Reg. No. 19712-083 |
| **Ricardo Renteria** | Reg. No. 83588-180 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Lloyd Battles,**<br>    **aka Lloyd Richardson** | Reg. No. 15809-179 |
| **Alejandro Flores** | Reg. No. 56143-079 |
| **Samuel Grooms,**<br>    **aka Denny Grooms** | Reg. No. 13195-039 |
| **Robert Hill** | Reg. No. 27054-016 |
| **Eugene Ernst Jackson** | Reg. No. 34740-037 |
| **Martin Ruiz Singh** | Reg. No. 07619-030 |
| **Dennis Merrimon Waters** | Reg. No. 16864-058 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Antonio Cobb** | Reg. No. 12923-026 |
| **Felix Monroe Fort** | Reg. No. 21324-001 |
| **Clarence Ward** | Reg. No. 71029-004 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Timothy Adams** | Reg. No. 42380-019 |
| **Jose Luis Buenrostro** | Reg. No. 08589-097 |
| **Mark Anthony Clark** | Reg. No. 26409-077 |
| **Kenneth Evans** | Reg. No. 24606-077 |
| **Bernard Gibson, Sr.** | Reg. No. 12855-083 |
| **Ramon Gonzalez** | Reg. No. 37767-079 |
| **Elmer Jackson** | Reg. No. 43079-018 |

I hereby further commute the total sentence of imprisonment imposed upon **Ralph Casas**, Reg. No. 44643-004, to a term of **292 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Osvaldo Cisneros-Gutierrez**, Reg. No. 33474-177, to a term of **228 months' imprisonment**. I leave intact and in effect the three-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Andrew Crumbly**, Reg. No. 34039-018, to expire on **August 3, 2017**. I leave intact and in effect the six-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **James J. Dino**, Reg. No. 00436-093, to a term of **193 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Scottie Ladon Dixon**, Reg. No. 06612-003, to a term of **221 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Corey Ferguson**, Reg. No. 09796-033, to a term of **202 months' imprisonment**. I leave intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Will A. Goines, Jr.**, Reg. No. 41342-424, to a term of **120 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Donella Marie Harriel**, Reg. No. 18180-018, to a term of **188 months' imprisonment**. I also commute the 10-year term of supervised release imposed by the court on the said **Donella Marie Harriel**, Reg. No. 18180-018, to a term of four years' supervised release. I leave intact and in effect all conditions of the supervised release term and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Charceil Kellam**, Reg. No. 05992-084, to a term of **160 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Derrick Tyrone Lamb**, Reg. No. 75998-004, to a term of **151 months' imprisonment**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **James Allen Ledford**, Reg. No. 41106-018, to a term of **235 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release imposed with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Tyrone Montgomery**, Reg. No. 10256-033, to a term of **209 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Amir Morgan**, Reg. No. 08477-028, to expire on **July 1, 2017**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Francisco Olivera**, Reg. No. 57530-097, to a term of **288 months' imprisonment**. I leave intact and in effect the three-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Thomas R. Ross**, Reg. No. 11416-097, to expire on **September 2, 2016**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Cedric DeWayne Stephens, aka Cedric Dwayne Stephens**, Reg. No. 67505-280, to expire on **December 1, 2016**. I also remit the obligation and liability to pay the $2,000,000 forfeiture judgment imposed upon the said **Cedric DeWayne Stephens, aka Cedric Dwayne Stephens**, Reg. No. 67505-280. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Terry Storeby**, Reg. No. 40201-018, to a term of **300 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **John L. Tolliver**, Reg. No. 06270-025, to expire on **December 1, 2016**. I also commute the 10-year term of supervised release imposed upon the said **John L. Tolliver**, Reg. No. 06270-025, to five years of supervised release. I leave intact and in effect all conditions of the supervised release and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Patricia Widener**, Reg. No. 11643-084, to a term of **151 months' imprisonment**. I also remit the unpaid balance of the $10,950 restitution obligation imposed upon the said **Patricia Widener**, Reg. No. 11643-084. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ralph K. Williams**, Reg. No. 40957-037, to a term of **240 months' imprisonment**. I also remit the obligation and liability to pay the $6,000,000 forfeiture judgment imposed upon the said **Ralph K. Williams**, Reg. No. 40957-037. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this third day of August in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**